UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE NATASHA RIVERS, | ) No. ED CV14-01628-AS |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated:  November 20, 2015.

                                  /s/
                              ALKA SAGAR
                      UNITED STATES MAGISTRATE JUDGE

1